**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

SOO LINE RAILROAD COMPANY, etal
Plaintiff,

vs.

CITY OF SHOREVIEW,
Defendant.

Cv 00-1665 RHK/JMM

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

CITY OF SHOREVIEW,
Plaintiff,

vs.

COBRA TRANSPORATION SERVICES INC.,
Defendant.

Cv 00-1826 DSD/SRN

---

Case No. 00-1665 having been assigned to Judge Richard H. Kyle and Case No. 00-1826 having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1826 be assigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: August 9, 2000

Richard H. Kyle,Judge
United States District Court

Dated: August 9, 2000

David S. Doty,Judge
United States District Court

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an order for reassignment of related cases, this case has now been assigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-1826 RHK/JMM

Use this case number for all further filings.